NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

JESSICA R. LOHR (CA SBN 302348)
jessica.lohr@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: (858) 509-6000
Facsimile: (858) 509-6040

ATTORNEY(S) FOR: OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FRANK MARES and JOANN MARES, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Ocwen Loan Servicing, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant Ocwen Loan Servicing, LLC | Defendant |
| Ocwen Financial Corporation | Parent of Defendant |

April 29, 2016                    /s/ Jessica R. Lohr
Date                              Signature

                                  Attorney of record for (or name of party appearing in pro per):

                                  Jessica R. Lohr

CV-30 (05/13)                     NOTICE OF INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on April 29, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ Jessica R. Lohr
Jessica R. Lohr