1 | **TROUTMAN SANDERS LLP**
Jessica R. Lohr, Bar No. 302348
2 | Jessica.lohr@troutmansanders.com
11682 El Camino Real, Suite 400
3 | San Diego, CA 92130-2092
Telephone:    858-509-6000
4 | Facsimile:    858-509-6040

5 | **TROUTMAN SANDERS LLP**
John C. Lynch (*pro hac vice* to be filed)
6 | Ethan G. Ostroff (*pro hac vice* to be filed)
222 Central Park Avenue, Suite 2000
7 | Virginia Beach, Virginia 23462
Telephone:    (757) 687-7500
8 | Facsimile:    (757) 687-7510
E-mail: john.lynch@troutmansanders.com
9 | ethan.ostroff@troutmansanders.com

10 | Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

11 |

12 | **UNITED STATES DISTRICT COURT**

13 | **CENTRAL DISTRICT OF CALIFORNIA**

14 |

15 | FRANK MARES and JOANN MARES, individuals, on their own behalf and on behalf of all others similarly situated,

Case No. BC614358

16 |

**PROOF OF SERVICE RE NOTICE OF REMOVAL TO FEDERAL COURT [28 U.S.C. §§ 1332, 1441, AND 1446]**

17 | Plaintiff,

18 | v.

Action Filed:       March 18, 2016
Served:               April 1, 2016
Trial Date:  Not yet set

19 | OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, and
20 | DOES 1-100, inclusive,

21 | Defendants.

22 |

23 |

24 |

25 |

26 |

27 |

28 |

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO CA 92130-2092

28337264v1

PROOF OF SERVICE RE NOTICE OF REMOVAL

| | | |
|---|---|---|
| 1 | TROUTMAN SANDERS LLP<br>Jessica R. Lohr, SBN 302348<br>11682 El Camino Real, Suite 400<br>San Diego, California 92130-2091<br>Tele: (858) 509-6000<br>Fax: (858) 509-6040 | *FOR COURT USE ONLY* |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | **UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| 6 | **PLAINTIFF:** FRANK MARES, et al. | JUDGE:<br>DEPT: |
| 7 | **DEFENDANT:** OCWEN LOAN SERVICING, LLC, et al. | |
| 8 | **PROOF OF SERVICE** | CASE NO. 5:16-cv-00871 |

9   I, Nicolette D. Murphy, declare that: I am over the age of 18 years and not a party to the case; I am
10  employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my
    business address is 11682 El Camino Real, Suite 400, San Diego, California 92130-2091.

11  On **April 29, 2016**, I caused to be served the following document(s):

12                              **SEE ATTACHED DOCUMENT LIST**

13  On the interested parties in this action:

14                              **SEE ATTACHED SERVICE LIST**

15  **[ X ]     U.S. MAIL** – I placed true copies of the foregoing document(s) in a separate, sealed envelope,
16  with postage fully prepaid, for each address named above or on the attached service list for collection and
    mailing on the below indicated day following the ordinary business practices at Seltzer Caplan McMahon
17  Vitek pursuant to CCP § 1013(a). I certify that I am readily familiar with the business' practice for
    collection and processing of correspondence for mailing with the United States Postal Service; and that
18  the correspondence shall be deposited with the United States Postal Service this same day in the ordinary
    course of business. I am aware that on motion of the party served, service is presumed invalid if postal
19  cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

20  **[ ]     OVERNIGHT MAIL** – I sent a copy via Federal Express for each address listed above or on the
    attached services list pursuant to CCP § 1005(a)(13)(c). Federal Express Tracking No.
21

22  **[ ]     ELECTRONIC SERVICE** – I served the above-described documents by electronically mailing
    them to each of the electronic addresses listed below. No error in transmission was reported.

23  **[ ]     HAND DELIVERY** – I provided the above-described documents to Knox Attorney Services to
    serve each of the addresses listed above. A separate Proof of Personal Service will be filed if necessary.
24  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
    correct.
25

26  Executed on **April 29, 2016**, at San Diego,
    California.

27                                                              Nicolette D. Murphy

28

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2091

28337264v1                          - 2 -

PROOF OF SERVICE RE REPLY TO OPPOSITION TO PETITION TO COMPEL ARBITRATION

1

**MARES v. OCWEN LOAN SERVICING, LLC**
**United States District Court, Southern District of California Case No. 5:16-cv-00871**

2

3

**DOCUMENT LIST**

4

1.    Notice of Removal of Civil Action Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446

5

2.    USDC, Central District of California Civil Cover Sheet; and

6

3.    Certification and Notice of Interested Parties

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN SANDERS LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092

28337264v1                                    - 3 -

PROOF OF SERVICE RE REPLY TO OPPOSITION TO PETITION TO COMPEL ARBITRATION

**MARES v. OCWEN LOAN SERVICING, LLC**
**United States District Court, Southern District of California Case No. 5:16-cv-00871**

**SERVICE LIST**

| | |
|---|---|
| **Parisi & Havens LLP**<br>David C. Parisi<br>Suzanne Havens Beckman<br>212 Marine Street, Suite 100<br>Santa Monica, CA 90405<br>Telephone: (818) 990-1299<br>Fax: (818) 501-7852<br>dcparisi@parisihavens.com<br>shavens@parisihavens.com | Counsel for Plaintiffs FRANK MARES and<br>JOANN MARES |
| **Preston Law Offices**<br>Ethan Preston<br>4054 McKinney Avenue, Suite 310<br>Dallas, TX 75204<br>Telephone: (972) 564-8340<br>Fax: (866) 509-1197<br>ep@eplaw.us | Counsel for Plaintiffs FRANK MARES and<br>JOANN MARES |

PROOF OF SERVICE RE REPLY TO OPPOSITION TO PETITION TO COMPEL ARBITRATION