# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FRANK MARES, et al.

                              PLAINTIFF(S),

v.

OCWEN LOAN SERVICING, LLC,, et al.

                              DEFENDANT(S).

CASE NUMBER:

5:16−cv−00871

**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**

To:  All Counsel Appearing of Record

__     Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 14-03 this case is hereby transferred to the __ Division for all further proceedings.

X     Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  _Western_  Division.

      This case has been reassigned to case number  _2:16−cv−03020 ODW (RAOx)_  and has been assigned to  _Judge Otis D. Wright, II_  for all further proceedings.

      Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  _Magistrate Judge Rozella A. Oliver_  for:

        X  any discovery and/or post-judgment matters that may be referred.

        __ for all proceedings in accordance with General Order 05-07.

      All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _2:16−cv−03020 ODW (RAOx)_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

      **Please be advised that no further filings may be made under case number  _5:16−cv−00871_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                                            Clerk, U.S. District Court

                                                            By:  _/s/ Jeannine Tillman_
                                                                  Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

G−73 (12/15)    NOTICE OF INTRA−DISTRICT TRANSFER BY CLERK OF COURT