# United States District Court
# Central District of California

| | |
|---|---|
| FRANK MARES; JOANN MARES, | Case No. 2:16-cv-03020-ODW(RAOx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE:** |
| OCWEN LOAN SERVICING LLC; and | **SETTLEMENT** |
| DOES 1-100, inclusive, | |
| Defendants. | |

In light of the Notice of Settlement (ECF No. 40), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than December 12, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

November 9, 2016

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**